804 Mulberry Ave., # 2
Hagerstown, Maryland
13 October, 2005

The Honorable Sylvia H. Rambo
United States District Court
P. O. Box 868
Harrisburg, Pennsylvania 17108

1:00-cr-267

Dear Judge Rambo:

The purpose of this letter is to request documented receipt in regard to a fine, totalling $ 900.00 (assessment and regular fine), which I had owed in connection with my April 10, 2001 conviction, and which was completely paid in full while I was incarcerated, beginning at FCI Cumberland, Maryland (May 2001-Feb. 2002), and ending at LSCI Butner, North Carolina (Feb. 2002-Sept. 8, 2005). These monies were paid by me both via commissary account and, finally, in their entirety to Counselor Robert Brown, Wake-B, LSCI Butner, which surely must be in the files at aforementioned institution. At each of my regular required TEAM meetings at Butner, both Mr. Brown and case manager Joyce Johnson were quite aware, as their files would show, that the fine, through the FRP Program, was completely paid in full.
Thank you for your time and efforts in obtaining/producing this receipt for my own records. It will be greatly appreciated.

Sincerely yours,

Otha R. Palmer, Jr.

(301)-797-0741

FILED
HARRISBURG

OCT 17 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK