

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

*for the*

### MIDDLE DISTRICT of PENNSYLVANIA

*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*

*Divisional Offices*

*Harrisburg:  (717) 221-3920*
*Williamsport: (570) 323-6380*

**MARY E. D'ANDREA**
*Clerk of Court*

October 17, 2005

Otha Palmer
804 Mulberry Ave #2
Hagerstown, MD 21742

Re: CR 00-267
US v Palmer

To Whom It May Concern:

Please be advised that our records in the above captioned case for Otha Palmer indicates that the $100.00 assessment and the $800.00 fine in the above captioned case have been paid in full.

If any further assistance is needed, please feel free to contact this office at 570-207-5664.

Sincerely,

Mary E. D'Andrea, Clerk

By:

Nancy A. Edmunds
Financial Administrator