UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
Harrisburg, PA 17108

December 5, 2005

COURT TRANSFERRED TO: District of Maryland

RE:   1:00-CR-0267-MDPA       USA v. Otha R. Palmer
                              Judge Sylvia H. Rambo

Dear Sir/Madam:

    Pursuant to Judge's Rambo's Order dated November 15, 2005, this case was transferred to your court. I am enclosing the Felony Information, Plea Agreement, Statement and Judgment, along with a certified copy of the docket and this Court's transfer order.

    Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

**FILED**
HARRISBURG, PA
DEC 15 2005
MARY E. D'ANDREA, CLERK

RECEIPT

Acknowledge receipt of above on this ___7___ day of ___December___.

Signed: _____

CASE NO. ASSIGNED: __05-0583__